**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust** | **CIVIL ACTION NO:** |
| **Plaintiff** | **LOCAL RULE 7.1 CORPORATE DISCLOSURE** |
| **vs.** | **RE:** <br> **194 Falmouth Street, Portland, ME 04103** |
| **Joel C. Richardson** | **Mortgage:** <br> **September 27, 2004** <br> **Book 21843, Page 1** |
| **Defendant** <br> **194 Falmouth Street, LLC** | |
| **Party-In-Interest** | |

Pursuant to Federal Rule of Civil Procedure 7.1, 28 U.S.C. § 1332 and to enable District Judges and Magistrate Judges of the Court to evaluate the basis for Diversity Jurisdiction, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, Plaintiff hereby submits Local Rule 7.1 Disclosure Statement, and Plaintiff states the following:

This Honorable Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendant are citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs.

The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, public-traded companies that own 10% or more of a party's stock and any other identifiable entities related to any party in this case

are as follows:

> Doonan, Graves & Longoria, LLC - Counsel for Plaintiff
> U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust - Plaintiff
> Joel C. Richardson - Defendant
> 194 Falmouth Street, LLC - Party-in-Interest

U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust is a National Association with its principal place of business and main office in the State of Delaware at 1011 Centre Road, Wilmington, Delaware 19890 and is therefore a citizen of Delaware. *See BRT Management LLC v. Malden Storage LLC,* 2023 WL357390, (1st Cir. May 22,2023); and *1900 Capital Trust III by U.S. Bank Trust National Association v. Sidelinger,* 2021 WL 864951.

Defendant, Joel C. Richardson, is a resident of Portland, County of Cumberland and State of Maine.

194 Falmouth Street, LLC is a Maine LLC whose sole member, upon information and belief, is Joel C. Richardson of Portland, ME.

The object of this litigation is a Note executed under seal currently owned and held by Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust, in which Joel C. Richardson is the obligor and the total amount owed under the terms of the Note, as January 23, 2026 is Five Hundred Sixty-Two Thousand Three Hundred Ninety-Two and 76/100 ($562,392.76) Dollars, which includes:

| Description | Amount |
| --- | --- |
| Principal Balance | $223,181.40 |
| Interest | $217,853.55 |
| Unpaid Late Charges | $1,117.87 |
| Escrow Advance | $119,099.94 |
| Property Inspections | $1,140.00 |

Grand Total                                    $562,392.76

Thus, the amount in controversy well exceeds the jurisdictional threshold of seventy-five thousand ($75,000.00) dollars, citizenship of the parties is diverse, and jurisdiction is proper.

Respectfully submitted,
U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust
By its attorneys

Dated: February 3, 2026

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

**CERTIFICATE OF SERVICE**

I, Reneau J. Longoria, Esq. hereby certify that on February 3, 2026, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

Joel C. Richardson
26 Noyes Street, #2
Portland, ME 04103

Joel C. Richardson
194 Falmouth Street
Portland, ME 04103

Joel C. Richardson
23 Noyes Street, Apt 1R
Portland, ME 04103

Mark A. Kearns
482 Congree Street
Suite 304
P.O. Box 17915
Portland, ME 04101

194 Falmouth Street, LLC
12 Revere Street
Portland, ME 04103